IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CV-50-FL

| | | |
|---|---|---|
| KEITH BRUCE, | ) | |
| | ) | |
| Appellant,[1] | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH A. BLEDSOE, III, | ) | |
| | ) | |
| Appellee. | ) | |

This matter is before the court its own initiative upon failure of appellant to respond to the court's April 5, 2023, show cause order, which directed appellant to show cause, within 14 days of the date of the order, why this case should not be dismissed for failure to prosecute and failure to comply with Rule 8018.  Where appellant did not respond to the court's show cause order, this action is DISMISSED for failure to prosecute and failure to comply with Rule 8018. The clerk is DIRECTED to close this case.

SO ORDERED, this the 15th day of June, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1]    The court constructively amends the caption of this order to reflect dismissal of prior appellant Devon Bruce on December 5, 2022.